IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALTON ESTES, )
 )
   Plaintiff, )
 )
v. ) Case No. 2:09-0044
 )
MICHAEL J. ASTRUE, )
 )
   Defendant. )

## ORDER

The Plaintiff having failed to appear and show cause why this case should not be dismissed for failure to prosecute, the same is hereby dismissed with prejudice.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior United States District Judge